## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JAYSON E. RODGERS and JA MARCUS J. SMITH, | ) ) ) Case No. 25-cv-02186 |
| Plaintiffs, | ) ) Hon. Jonathan E. Hawley |
| v. | ) ) Magistrate Ronald L. Hanna |
| CITY OF KANKAKEE and ROBERT BASS, | ) ) ) |
| Defendants. | ) |

**PARTIES' PROPOSED DISCOVERY PLAN**

NOW COME the parties, by and through their undersigned counsel, having conferred via email, and pursuant to this Court's Standing Order and this Court's Text Order of 08/18/25, submit the following agreed discovery plan

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **October 10, 2025.**

2. Amendment of the pleadings: **January 9, 2026.**

3. Joining additional parties: **January 9, 2026.**

4. Close of fact discovery: **February 28, 2026**

5. Disclosure of Plaintiff's experts:[1] **March 27, 2026.**

6. Disclosure of Plaintiff's expert reports: **March 27, 2026.**

7. Plaintiff's experts deposed by: **April 25, 2026.**

---

[1] At this time, the parties think that expert discovery is unlikely given the nature of the case. They may ask to move the dispositive motion schedule forward if both sides agree there will be no experts. That said, neither party is currently waiving its right to retain an expert if something unexpected happens in discovery.

8. Disclosure of Defendant's experts: **April 25, 2026**

9. Disclosure of Defendant's expert reports: **May 15, 2026**

10. Defendant's experts deposed by: **June 12, 2026.**

11. Completion of all discovery: **June 12, 2026**

12. Dispositive motions: **June 27, 2026.**

                                  Respectfully submitted,

                                  **/s/ Peter T. Sadelski**
                                  Peter T. Sadelski
                                  Ed Fox & Assoc., Ltd.
                                  118 N. Clinton St., Ste. 425
                                  Chicago, IL  60661
                                  petersadelski@efoxlaw.com


                                  **/s/ G. David Mathues**
                                  G. DAVID MATHUES, # 06293314
                                  *Attorney for Defendant*
                                  HERVAS, CONDON & BERSANI, P.C.
                                  333 Pierce Road, Suite 195
                                  Itasca, IL 60143
                                  630-773-4774
                                  dmathues@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAYSON E. RODGERS and<br>JA MARCUS J. SMITH,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF KANKAKEE and<br>ROBERT BASS,<br><br>     Defendants. | )<br>)<br>)   Case No. 25-cv-02186<br>)<br>)   Hon. Jonathan E. Hawley<br>)<br>)   Magistrate Ronald L. Hanna<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 23, 2025**, I electronically filed the foregoing ***Parties' Proposed Discovery Plan*** with the Clerk of the U.S. District Court for the Central District of Illinois using the CM/ECF system, which will send electronic notification of such filing to the following:

**TO:**   Peter T. Sadelski
Ed Fox & Assoc., Ltd.
118 N. Clinton St., Ste. 425
Chicago, IL  60661
petersadelski@efoxlaw.com


                                      /s/ G. David Mathues
                                      G. DAVID MATHUES, # 06293314
                                      *Attorney for Defendants*
                                      HERVAS, CONDON & BERSANI, P.C.
                                      333 Pierce Road, Suite 195
                                      Itasca, IL 60143-3156
                                      630-773-4774
                                      dmathues@hcbattorneys.com