### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| JAYSON E. RODGERS and JA MARCUS J. SMITH, | ) <br> ) <br> ) Case No. 25-cv-2186 |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) Hon. Jonathan E. Hawley |
| CITY OF KANKAKEE and ROBERT BASS, | ) <br> ) Magistrate Judge Ronald L. Hanna <br> ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF DEADLINE FOR AMENDING PLEADINGS AND JOINING PARTIES

NOW COMES Plaintiff, by and through Plaintiff's counsel of record, and respectfully moves this Honorable Court to extend the deadline for amending the pleadings and joining parties two (2) weeks. In support of this Motion, Plaintiff states as follows:

1. The deadline in this matter to amend the pleadings and join parties is currently January 9, 2025.

2. On December 31, 2025, Attorney Peter Sadelski, who had primary responsibility for this matter, unexpectedly resigned from Plaintiff's law firm without prior notice.

3. Plaintiff's other attorney of record, Edward M. Fox, will be out of the country beginning January 2, 2026, and will not return until January 9, 2026.

4. A brief continuance of two (2) weeks is necessary to allow Attorney Fox sufficient time to return and get caught up on the case.

5. "When an act may or must be done within a specified time, the court may, for good cause, extend the time… if a request is made, before the original time or its extension expires."

Fed. R. Civ. P. 6(b)(1); *See also Miller v. Chi. Transit Auth.*, 20. F.4th 1148, 1153 (7th Cir. 2021) ("A district court may, for good cause, extend a party's time to respond to a motion."). Courts will consider extenuating circumstances in evaluating a motion to extend a deadline. *See Hughes v. Accretive Health, Inc.*, No. 13 C 3688, 2013 U.S. Dist. LEXIS 209368, at *4 ("Typically, a party seeking an extension will point to some extenuating circumstance that prevented counsel from meeting a deadline despite counsel's best efforts.").

6. This request is made in good faith and not for purposes of delay. For these reasons and considering the extenuating circumstances at issue, Plaintiff requests that this Honorable Court grant this motion.

7. Plaintiff sent this motion to opposing counsel by email on 12/31/25 to see if it is unopposed. Plaintiff did not hear back from opposing counsel, but given the importance of the deadline and the time restraint, Plaintiff nonetheless filed this motion on 12/31/25.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the deadline two (2) weeks for amending the pleadings and joining parties.

                                          Respectfully submitted,

                                          /s/ *Edward M. Fox*
                                          Edward M. Fox
                                          Ed Fox & Associates, Ltd.
                                          118 North Clinton Street, Suite 425
                                          Chicago, Illinois 60661
                                          (312) 345-8877
                                          efox@efox-law.com